

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   18-CR-51-MAD |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **PATRICK D. ANGELO,** | ) | Violation:   18 U.S.C. § 875(c) [Threat by Interstate Communication] |
| | ) | |
| | ) | 1 Count |
| **Defendant.** | ) | County of Offense:   Onondaga |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Threat by Interstate Communication]**

On or about October 19, 2017, in the Northern District of New York, the defendant, PATRICK D. ANGELO, did knowingly, willfully and unlawfully transmit in interstate commerce, from the State of New York to the District of Columbia, a communication, that is, a cellular telephone call threatening to kill United States Congressman John Katko and his family, and the communication contained a threat to injure John Katko and his family.

All in violation of Title 18, United States Code, Section 875(c)

Dated: 20 FEB-18

JEFFERSON B. SESSIONS
Attorney General of the United States
JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

By: _____
CRAIG R. GESTRING
Assistant United States Attorney
Bar Roll No. 520960