# SAINT PETER'S EPISCOPAL CHURCH
## 149 GENESEE STREET  -  P. O. BOX 147
## GENEVA, NEW YORK 14456
### 315-789-4910
#### STPETERS@STPETERSGENEVA.ORG

February 7, 2018

Dear Judge:

I am writing in support of Patrick Angelo. I have known Patrick since he was a young boy.  Patrick's family have belonged to St. Peter's Church in Geneva, New York where I am rector, for twenty years.  Patrick belongs to a loving and stable family, with devoted parents.

While in middle school and high school, Patrick was a positive and constant member of our church youth choir.  This choir is an active and vital youth group which meets two times a week year round.  While he was in high school our choir performed in Europe on a tour.  I have fond memories of Patrick singing a beautiful solo in a church in Edinburgh, Scotland.  It was a memorable moment, with Patrick having the poise to represent the group of young people with his solo performance, and receiving the support of his peers.

My impression of Patrick is that he cares deeply for the things he is a part of, observing him as a member of a loving family, our church, and his peer group in the choir. I believe he genuinely cares about people, and has a generous spirit.

I am aware that Patrick has recently been employed by Cheesecake Factory. Patrick regularly brought food from there to a Syracuse mission that feeds people who are hungry.

I believe that Patrick has inner resources and character that will enable him to return to a healthier life and contribute to his community and society.  I personally know the wonderful support he has from his family, and as a Pastor, pledge to be available to offer whatever support and guidance I can.

Sincerely,

*James H. Adams +*

(The Rev.) James H. Adams
Rector

February 9, 2018

Dennis Angelo, Father of Patrick Angelo
137 Maxwell Avenue
Geneva, NY 14456

Dear Judge,

Patrick Dennis Angelo is our only son. He grew up in the, sometimes challenging, environment that two older sisters can create. He did so with a humanity that I would not have been able manage as gracefully. He always, ALWAYS showed a love and respect for his family and friends that made me proud to be his Father. His bond with his grandmother is especially strong. My mother could not have children naturally so she adopted two boys. I have an older brother, David, who has also submitted a letter of support for Patrick. So, you can understand how my mom, Grandma Lottie, would have a special place in her heart for her grandson. Her relationship with him is very special. She and her friends would take him out to dinner with them, he was not only fun to have along but would help them remember where they parked the car afterwards! She is 93 and she is struggling mightily with what is going on with Patrick.

My wife and I met in NYC at our first jobs out of college. About a year after we were married, we moved back to the Finger Lakes, Waterloo, where I grew up to be near family and to have and raise a family of our own We wanted to keep our children safe. Away from the trials and tribulations of the big city. Patrick's two sisters, Laura and Margaret, are five and three years older than him respectively. Laura lives in Ventura, CA after moving from Dubai in January and Margaret lives in Houston, TX. Patrick is the only child we have that lives close to us.

We have been self-employed for 34 years, all of our children's lives. We own a graphic design firm with two employees located in downtown Geneva, NY. All our children have ever known about how to approach a job is by watching how hard we have worked. They each have inherited our work ethic. Patrick is a very hard worker. He worked during his college years at the Cheesecake Factory in Albany and when he graduated continued to work for the company for a total of 5 years eventually helping to open the new Cheesecake restaurant at Destiny Mall. This is the reason he moved to Syracuse. He left the company after holding positions of baker, line cook, and steward. I am sure I missed a few. He also did training when necessary. The steward is responsible for ordering the food for the restaurant and quality control of the incoming shipments. He unloaded the trucks, checked the food for quality and logged into the inventory. His day started at 6 a.m. and one day a week at 4 a.m. His job was to keep things organized in a very hectic environment. It takes a person with great personal responsibility to do that job.

When Patrick moved to Syracuse he did not own a car. He did have a bike however, and he would ride his bike to work from Liverpool to Destiny Mall rain, shine or snow. He was a dedicated employee. He rarely missed a day. I don't know if you have ever ridden a bike through a Syracuse snowstorm on your way to work but I know Patrick has.

When he left the Cheesecake Factory he began working for a Syracuse company called Apnea Care in DeWitt delivering Apnea services, supplies and medical gases to U.S. Veterans for which he had to receive a special clearance. Patrick often spoke fondly of the people he worked with and the patients he served.

Patrick's childhood was small town normal. He played little league, had a paper route, swam on the YMCA swim team, participated in high school band as a drummer, but the one thing he loved to do was sing. He sang with the St. Peter's Community Arts Academy Jr. and Sr. Choirs for 9 years. The Sr. Choir is a touring choir that every three years goes on a European tour. Two of our children sang with the choir and each toured England twice, one time together, singing in some of the great churches and cathedrals of England and Scotland. Patrick sang a solo in a Cathedral in Edinburgh. The children on these tours did fundraising for three years to help offset the cost of the tour. This experience is a great builder of character and self-confidence. Each are qualities that Patrick possesses.

I remember when Patrick was young, 8 or 9 years old, adult friends commenting on how easily and comfortably he could communicate with adults. He had an easy going and thoughtful manner about him. He was a good friend to have and anyone who was his friend could count on him.

Patrick graduated from the University at Albany, a Tier 1 SUNY School, with a bachelor's degree in history and a minor in anthropology. This is an area of study that demands a great deal of reading and writing. He has been an avid reader from the time he was able to read. Other than his struggles with spelling, something he inherited from me, he possesses an incredible ease with written and spoken word. I think this is something that comes naturally to him and was developed during his choir and college years.

*Patrick Angelo, Center, Front*



*Patrick and his mom as we leave Geneva at the beginning of an 84 mile, 5 day circumnavigation of Seneca Lake.*

When Patrick was the only child left in our household, his Junior year of High School, we took up the sport of Kayaking as a family. We organized and went on kayaking and camping tours over several days. One tour was the circumnavigation of Seneca Lake. It was an 84-mile paddle. Patrick made the trip easy with all his help carrying gear including fully loaded 100lb. kayaks. He helped set up and take down our camp and overcame obstacles like extreme heat, heavy wind, large waves and 15 to 20 mile a day paddles, all the while remaining optimistic about the next challenge we might encounter. Patrick possesses great personal drive and the potential to contribute something very valuable to society.

This November was a special month for our family. Our two daughters gave birth to our first Grandchildren. On November 9th Henry was born to Laura and November 19th Phoebe was born to Margaret. We celebrated Phoebe's birth in Houston, TX with our daughter Margaret over Thanksgiving. Patrick was able to spend this precious time with us. He was helped organize the dinner and help prepare many of the dishes we enjoyed together. Having a new baby in the



*Patrick Angelo holding his niece Phoebe, November 21, 2017, 2 days old.*

household was quite a distraction. Patrick's help made it possible for the parents and grandparents to enjoy the new baby. We had a trip to Dubai planned to visit our Daughter Laura over Christmas, where she was living at the time of Henry's birth. Patrick was not able to join us.

On Tuesday, November 28th, 2017, Patrick Dennis Angelo was arrested and our hearts, that were filled with joy, were broken. It is my sincere hope that through these letters you can truly see the Patrick Angelo we know and love.

Sincerely,
Dennis Angelo

David and Dorothy Angelo
13925 Mackey
Overland Park, KS  66223
(913) 685-3701   dave.angelo99@outlook.com

January 31, 2018

Dear Judge,

My wife and I are writing this letter on behalf of Patrick Angelo.   Patrick is our nephew, so we have known him his entire life.   Dennis, his father, is my only sibling and as a family, we have always been very close to each other and each other's children.

Having worked with young adults my entire career, I have seen qualities in Patrick that rare in many of today's younger adults.   Since he has been a small child, he has always been very respectful and polite to us and anyone else with whom he comes into contact.   We have never known Patrick to have a bad day.   He would routinely spend the entire weekend with his grandmother, giving up time with his friends in-order to keep her company, run errands for her and help around her with the upkeep of her property which has continued to-date.   For Patrick to drive from Syracuse to Geneva to take her to lunch was common.    He has always had a great work ethic and since early in high school had always held a part-time job.    Working his way through college, he still found time to balance his studies, work and spend with his family.

Patrick has a wonderful intellectual curiosity and as a small child would spend hours watching channels like The History Channel or The Discovery Channel.   He is very insightful and we both enjoyed having a variety of conversations with him covering all types of topics ranging from history to current events.

If we can be of any further assistance, please feel free to contact us.

Sincerely,

David Angelo   Dorothy Angelo

David and Dorothy Angelo

Teresa Angelo                                                                    2.6.2018
137 Maxwell Ave.
Geneva, NY 14456

Dear Judge,

As Patrick's Mom, I know him. I know he is bright, kind, considerate and loving. He is the sort of person people like to be around.

His chin was just high enough to rest on the kitchen countertop. We were studying his spelling words (he'd rather eat overcooked broccoli than study spelling), doing definitions, while I was doing the dishes. I asked Pat, "What's a moray?" In one swift motion, he splayed his arms and legs and his chin went up. "When...the... moon hits your eye like a big pizza pie, ats amoré!" Disney's *Lady and the Tramp* influence.

Pat loved his legos and books. He was reading the children's version of *The Count of Monte Cristo* and asked me if 200 francs was a lot of money. Not having heard the word before, only read it, he pronounced it fran-sees. Although the pronunciation has nothing to do with my point, it was still adorable. My point is that he was always asking questions.

I was filling an ice tray, tilted, so the water would fill the two compartments then spill into the next two. Pat, my middle schooler, saw what I was doing, came over to me and said, "Did you know that's how the *Titanic* sank?"

My teenage Pat asked me about my favorite classical music work. At the time, it was Tchaikovsky's 1812 Overture. I told him I loved the brass and especially how percussion could simulate the cannons. At the winter performance, the high school concert band performed the 1812 Overture and Pat was positioned in the back of the auditorium with the bass drum playing the cannons. What a gift. His thoughtfulness was not lost on me. I surmised that he requested that piece from one of his favorite teachers, Mr. Palumbo, who by the way, came to his graduation party. Pat has collected a variety of percussion instruments from different cultures over time as gifts or souvenirs from travel.

Pat met Emily in college. Her family invited him to spend Christmas with their extended family in England. That was his first Christmas away from us and we missed him. Especially while we sat around the table at our "after-meal time," our favorite time, with our growing family. He has the gift of conversation and would engage all of us in a variety of topics, always entertaining. His new brothers-in-laws particularly enjoyed his

1

curiosity about their professions. They both love talking about them and he could keep them going.

On visits home from Albany, Pat would talk about his work at the Cheesecake Factory. He was promoted often, becoming skilled at all of the preparation stations and eventually became Steward, responsible for ordering all the food, ensuring the quality of each delivery and keeping the kitchen organized. He moved to Syracuse when he was asked to help open the new Cheesecake Factory at Destiny Mall. He trained new and current staff and was appreciated for his ability to communicate with the Spanish speaking employees.

Pat enjoyed more reasonable hours and better benefits at his new job at Apnea Care delivering medical gases to aging and ailing veterans. His people skills and compassion were clearly an asset in this position.

Pat recently became Uncle Pat, twice! Both born in November 2017. Whenever we talk to him about Henry and Phoebe, a big smile appears with a twinkle in his eyes.

Respectfully,

Teresa M. Angelo

1 February 2018

Dear Judge,

I am Pat's 93-year-old grandmother. Pat is my special grandson and handyman, the only one who lives close enough to me to help me when I need help and I love him very much and miss him a lot. My Pat is so helpful he will do anything I ask, with a smile. Last year we raked and worked up my vegetable garden, he planted all my veggies, he also weeded my front flower garden. My Pat planted my flowers and if I changed my mind and wanted them moved he said, "OK Gram, are you sure" and with a big smile changed them for me. I miss him so much. We planted garlic last October and when it got warm a few days ago they are just sprouting, hope they don't freeze with the new snow. I love and miss him so much. One weekend when he did not have to work, when he came into came in my house, I was about to get on the ladder to take my curtains and drapes down to wash them and the windows and he said, "No way Gram, I'll do it for you," He even carried down the basket of curtains into the basement and put them in the washer with me. That's my Pat. I love him so much. He helped me with my shopping and I never had to carry any bags, he even opened the door for me. Once when I felt a little depressed and lonely, when he came in he said, "Gram we need to go out for lunch on me." What a kind and loving boy my Pat is. I make and can a really good spaghetti sauce, he would help me put the jars in the canner and take them out of the hot water and then take them down to the basement as he would say "Gram, I don't want you to fall and get hurt." My Pat, always helpful and loving. Once when we when out to eat and I got a little out of wind, he took my arm and told me to stand still a minute until I got my breath and I felt better. He came home one weekend and I was in bed sick with the flu, he saw how sick I was and immediately called his Mom to come over. I ended up in the hospital. He is so good and thoughtful and I love him and miss him so much. When my dog died and I felt so bad and cried a lot Pat said, "Gram you need another dog." The next weekend Pat and my granddaughter Margaret went with me to look at a dog. The dog was so matted and dirty and looked awful. I did not want the dog. But my Pat said, "Gram, after he is all cleaned up he will look beautiful" so I took him home, went to a groomer and when we picked him up he looked like a big rat. Then we named him Simon. Now, because of my Pat, I have a beautiful white little 12 to 14 lb. friend and we are always together. I have a companion. I could go on and on but I am probably boring you, I just want to let you know how gentle, loving and compassionate Pat I have for a special Grandson. I love and miss him so much.

*Lottie Angel*
Gramma Lottie

Feb. 12, 2018

Dear Judge,

I am Patrick Angelo's aunt and I would like to share a few things about him. My fondest memories of Pat are of how from little on he always had time for his grandparents.

Pat was quite young when his Grandma, my mother, passed away. We lived in Ohio so he couldn't visit, but I'll never forget my Dad relating to me how Pat would call him out of the blue and tell him a joke to cheer him up. It meant a great deal to him. I also know Pat to be very devoted to his Gramma in Geneva. Whenever I would be up from Ohio visiting them, it was not at all unusual for Gramma to call needing something - help with picking cherries, cutting the grass. I remember how impressed I was that Pat never hesitated to head right over and lend a hand.

I know his grandparents would have been proud, as am I, to know that Pat worked at Tim Horton's through high school to earn his own spending money + money for college. He played the drums in the high school band and even started his own rock band with his buddies. His Ohio grandfather, my Dad, would have been especially delighted to know that Pat sang in the

(2.)

community choir and was awarded the opportunity to sing a solo on a tour to Europe.

I appreciate your taking the time to read my letter.

Sincerely,

LaVeda Bailey

February 8, 2018

Dear Judge,

My wife and I have had the pleasure and honor of being close friends of Teresa Kiley Angelo for 48 years, since our early years in high school. Our friendship with Dennis began shortly after during his dating years with Teresa. Our friendship has experienced marriages, births of our children and the mourning of our parents. Both of our families consisted of two daughters and one son.   We were honored when Teresa and Dennis asked us to be their son Patrick Angelo's Godparents.

Even though our distances were large, we have made it a point to get our families together once or twice yearly. Unfortunately, as our children grew into adulthood and moved to different states our visits as a whole group as in the past has been a struggle. However, Patrick has remained close to his parents, enjoying kayaking and Sunday dinners.   He recently expressed his excitement of seeing his family grow larger.

Patrick Angelo has always been pleasant and enjoyable to be around.   He and his sisters have always interacted with our children as if they were cousins and not just family friends.   We have cherished every moment we have shared with the Angelos.   They are no longer just friends they are "our family" and as always we look forward to the times ahead.

Sincerely,

Rick and Pam Banas

Dear Judge,

My name is Ryan M. Betts, I am Patrick's good friend. I have known Patrick Angelo since late 2013 when I started with the cheesecake factory in Syracuse. I worked cooking on the grill, while Pat essentially managed the back of the restaurant without having that title. When I first started Pat was always there to guide me on where things were, or show me certain techniques. Patrick was entrusted with ordering all of the restaurants products and items. There were weeks Patrick worked 60 65 hours and still had a smile on his face and was courteous to others. Not too long after working there Patrick and I became friends outside of work, we have traveled across the country together, and we also spent time every week outside of work. For the last 2 years I have worked for a home healthcare company. I helped Patrick get a job with us because I knew of his hard work and dedication to a type of industry that was a dead end. Patrick worked with me for over a year at Apnea Care, he cares about our patients and truly wants best for them. When I have had family in town Patrick has worked my shifts so I could see them. Patrick always checks up on his grandmother, and makes sure that she has everything she needs in addition to treating her to dinner when he can. Patrick is a good person who takes his friends and family as a high priority. In hard times Patrick has always been there for me, my family likes him as well. He comes to my family events, and sometimes I go to his. I feel as if I know Patrick better than anyone as I have seem him through the good times and the bad as he has seen me through those situations too. After having known Patrick for the last 5 years I have realized what a truly compassionate and kind person he really is. He isn't just a coworker, Patrick and I have grown to become the best of friends and he is someone I can truly rely on no matter what. He has my full faith and backing. Thank you for taking the time to read my letter.

Sincerely,
Ryan M. Betts
2/19/18

Dear Judge,

This letter is to give insight into Patrick's impeccable character. From the time I've spent with Patrick, I can say that the glow from his love and compassion is enough to light a mega city. In November, he burst into excitement at the news of his niece's birth, he was ecstatic to fly to Texas to meet her and spend time with his family. Patrick's adulation for his parents and grandmother is admirable. His love and compassion spreads far beyond just his family. Patrick would often speak fondly of his job and the patients he worked with, he deeply cares about the relationships he forms with each and every individual he meets. Patrick is a very selfless individual, his care for the well-being of people is remarkable. A man that is tremendously intelligent and motivated, and there to support and motivate the people his life. Throughout the last couple months Patrick's positivity and love have continued to fill my life with joy through letters he's written to me, even in this dark time he's kept a great deal of care in his heart. Patrick is a terrifically optimistic, personable, and outgoing individual and I know that he has put a positive change on a lot of people's lives, mine included. A mistake shouldn't define such a genuine character with a truly loving demeanor.

Very truly yours,

Molly Carlini 02/01/2018

6 Feb. 2018

Dear Judge,

Patrick Angelo is my younger brother by five years. So I have known him all his life. I wish we got to spend more time together, but the time we do get to spend together is always full of laughter, interesting conversation, and general, sincere, appreciation for family and friends. He is incredibly smart and an extremely hard worker.

He studied history and graduated from SUNY Albany. He was always so different from me in his interests. I would ask him what he would like to read so I would know what books to get him for Christmas and he would say "all of the letters that Abraham Lincoln wrote during the Civil War." He always wanted to learn from leaders that put the welfare of others first. He is an extremely caring person.

My husband and I have been living in Dubai for the last five years. We were thinking of planning a visit for some family to come out and see this incredible place we had been calling home. I was asking everyone what they wanted to do and see while they were here to get an idea of what activities to plan. Patrick wanted to see the kind of conditions that the labor force worked and lived in. That isn't exactly what I meant by what did you want to see when you visit, but it was a very Patrick response. Caring for people no matter who they are is something that sets him apart from the average person.

He is also an extremely hard worker. He hasn't quite figured out exactly what he wants to do with his life yet. But the jobs that he did have he was also extremely dedicated to. He was always the one they would call to come in and cover shifts for other employees. The times I could make it home to visit he was always getting in late and leaving early so that he didn't show up late or miss work. But he always made the drive from Syracuse to Geneva so that he could spend time with us even if it was just for a short evening. Family is very important to him.

He would help take care of our Grandmother when he was available as well. Even though she would never admit to needing the help, he knew she did, and would go over to her house and spend time with her and her friends to figure out what they needed and help however he could. Whether it was canning fruit or playing cards to keep them company. He would also run errands with her and help her do chores round the house. He is also a new uncle to both a niece and a nephew that were born just 11 days apart. Phoebe (my sister's daughter) and Henry (my son) are both so lucky to have him as an uncle because Patrick is the always the one to teach you something new every time you meet. And telling them stories is something that they are so lucky to have him around for.

Patrick is a good person. More people should put others first. The world would be a dramatically different place.

Thank you for taking the time to read this note about Patrick. He is very loved and has people that will always be there for him.

Sincerely,
Laura Cheek

6 Feb. 2018

**Pat Collins**
**197 Lewis Street**
**Geneva, NY 14456**
April 25, 2018

Dear Judge,

I am pleased to be able to write in support of Patrick D. Angelo. I have known Patrick since he was in middle school and have known him in two different contexts. I met him when he was in middle school and he became friends with my son. Both of them were musicians and Patrick spent considerable time at our house playing music with my son and other friends. This continued throughout middle school and high school. In high school Patrick also became involved in doing back stage work in Theatre at Geneva High School where I was the Director of Theatre at the time, and so I worked with him there. Since high school I have regularly seen Patrick one or two times a year when he would drop by to see my son whenever they were both in town.

I have always found Patrick to be an upstanding citizen. He was a good and loyal friend to my son and was always more than courteous and polite. Indeed, at Geneva High School, where all the kids called me by my first name, he insisted on calling me "Mr. Collins" despite his long relationship with me. He was a hard worker, was always on time to rehearsal and work sessions, and never hesitated to go above and beyond the call. He took direction well and got on as well with the other adults working with me as he did with other students. He was a delight to work with.

More recently, I have always enjoyed, and looked forward to, his visits to the house. He is an intelligent, articulate, humorous and engaging young man. He has always struck me as a reasonable young man with much potential. I have no doubt that if given the appropriate opportunity he will make a success of whatever he undertakes next and will make a positive contribution to the wider community.

Therefore, I trust that you will take this into consideration in your sentencing of Patrick.

Thank you for your time and consideration.

Sincerely,

Pat Collins

Zachary C. Cordero
Assistant Professor of Materials Science and Nanoengineering

February 7, 2018

Dear Judge,

Patrick Angelo is my brother-in-law. I met him for the first time seven years ago, shortly after I began dating his sister. I have interacted with Patrick at numerous family gatherings and hosted him in my home several times while I was still living in Cambridge, MA. Patrick is a pleasure to be around, with an excellent sense of humor and an easy-going manner. He's also incredibly hard-working. At our family gatherings, Patrick is always busy working in the kitchen, running errands, and helping as best he can to make sure everyone, including the hosts, is having a good time.

A lot of my conversations with Patrick have been about his work, first at the Cheesecake Factory and then as a driver delivering medical supplies. In these conversations Patrick impressed me as a very hard-working person who takes immense pride and responsibility in what he does. While at the Cheesecake Factory, for instance, Patrick put in long hours and was considered a reliable worker who his superiors could depend on when his co-workers were being flaky.  Patrick began working at the Cheesecake Factory as an undergraduate and continued to work there for another 5 or so years after he graduated.  Shortly after leaving the Cheesecake Factory he began his next job delivering medical supplies, where I believe he was also a stellar employee.  My wife told me that the prosecution characterized Patrick as a "drifter" during his bail hearings. The fact that Patrick is financially-independent – paying his bills and students loans with minimal support from his parents – and has always been employed show that this is a total misrepresentation that could not be further from the truth.

Patrick cares deeply about his friends and family. This is perhaps best illustrated by his close friendship with his grandmother, Lottie, whom Patrick regularly visits to help with chores around her house and to make sure she is comfortable and happy. Patrick's family loves him, and we are eager to help him get back on his feet. My wife and I are both deeply saddened to see the mess Patrick got himself into and we know he feels guilt and regret at having made such a stupid decision. Patrick wants to recover from this mistake and get his life back on track and given the grit he has displayed in his previous work, I am confident that he will be successful in this endeavor.

Thank you for your time.

Sincerely,

Zachary C. Cordero, PhD

Dear Judge,                                                                                    2-2-18

 Patrick is my nephew so I have known him his entire life. He comes from a good family and has always been a good kid as well as a responsible adult. He is an important part of our family, being there for many family events. I have taken him on several camping trips with my boys to the Adirondack Mountains and never ever had a problem.

 As an adult he has always provided for himself and has never been a burden on his family or society. A good, productive citizen. All in all a good person.

Respectfully,

David P. Kiley

March 10, 2018

Dear Judge,

When asked to provide a letter on behalf of Patrick Angelo for this circumstance I was shocked. I also struggled with what to say as this is so important and even though Patrick is an adult my instinct to protect him and all former students remains strong.

During my struggle I decided to look through my records to see if I had written any letters on Patrick's behalf in the past. I found one. As I read the letter, memories of Patrick and his friends came flooding into my mind.

Patrick was a normal teenage boy in many ways. He was funny, rambunctious and happy. He was also very kind and helpful to his peers. He was fortunate to have loving parents with high expectations. He was very important to our band program and he also participated in a strong church choir program in Geneva.

I have included my original letter written in 2006 and I stand by it today.

Monday, November 20, 2006

To Whom It May Concern,

It is a pleasure to write a letter of recommendation on behalf of Patrick Angelo. I have known Patrick as a percussionist in the Geneva High School band and marching percussion section for the past four years. Patrick is a conscientious student with a great deal to offer. I feel he has the potential to accomplish whatever he wishes with the proper motivation.

Patrick has the drive to do well. In the marching percussion bass drum section Patrick has taken a leadership role and is unwilling to settle for mediocrity from himself or his fellow percussionists. He has taken the initiative several times throughout his junior and senior years to rehearse the bass drum section. He did this even when I thought they were doing fine.

Patrick is reliable, punctual and always willing to lend a helping hand when it comes to moving equipment, cleaning the band room or fixing instruments. He is a good person to have around as he has a great sense of humor and has the ability to keep things stress free. He also has the ability to be creative in order to solve problems that may arise.

I am confident that Patrick would be an asset to any college/university program. If I can be of further assistance please do not hesitate to contact me at 315-781-4179 (school), 315-585-9176 (home) or spalumbo@genevacsd.org.

Sincerely,

Steve Palumbo
Director of Bands,
Geneva High School

Dear Judge,

Patrick Angelo is our nephew. We have known him all of his life and we love him very much. He is a very special young man as evidenced by the following stories.

Patrick was a rambunctious little guy, but was always there to help any of us who needed it. As a young boy, he had a strong caring attitude. His willingness to help his grandmother with things around her home and yard always stood out for us. For being such a young lad, he was never one to complain when it came to his grandmother.

Pat works hard at everything he does. He has an intense love for music. Pat and a group of high school friends started their own rock band, "Something Fast", and performed publicly. They composed some of their own songs and practiced hard to get their first performance at the park on Seneca Lake in Geneva, New York. It was really kind of special for us that Pat wanted us to see him perform for the first time. They drew a nice crowd and we have the t-shirts to prove that we were there.

Patrick also has a strong work ethic. Since graduation, he has worked in the restaurant industry. He is the classic example of a worker that starts at the bottom and works his way up, from bus boy to management for national firms. He always loved to talk about the food industry with us. He really has a passion to ensure the customer has a good experience and wants to come back again soon.

He is fun to be around and has a great sense of humor. He loves telling a good joke. We spent most of our time together during the holidays and family reunions. We love to tell stories and he enjoys listening even though he knows how they end. These are stories that we have all heard, time and time again, but tell them anyway because they make us laugh. At this point, Pat can tell the stories better than we can and make them even funnier.

A moment in time, that was harrowing for Monica, his aunt, was when we and his family went kayaking. Just the thought of kayaking makes Monica nervous. There was Pat with calm, soothing encouraging words coaching Monica into the kayak. Monica's biggest concern was flipping the boat and falling into the water. Patrick knew exactly what to say during her balancing

act of getting into the boat. Despite this touch-and-go moment, Monica thinks of Patrick every time she sees a kayak because the day turned out to be great. It would not have been a memory if it had not been for Pat.

In the last 24 years, we have lived closer to Pat and his family than at any other time, due to our earlier years in the military. This proximity allowed us to share in more of the family activities than at any other time in our lives. We were able to spend more time together.

When his uncle, Craig, bought a 3 series BMW, one of the first people we thought of was Patrick. We knew he would enjoy driving it. Not long after our purchase, we made our trip to Geneva. Pat jumped at the chance to get behind the wheel. It was really a nice opportunity for just the two of them to talk and spend time together. We think this relationship led Pat to select Craig to be his Confirmation sponsor. Of course, knowing his love for music, we bought him a stool for his drum set as a Confirmation gift.

Patrick is very special to us.  We admire how hard he has worked with his family, his community and in school. His strong sense of responsibility started at a very young age through his involvement with the choir that culminated with an overseas trip to London to perform. That's what we love about Patrick.  He is a very articulate young man that can be serious or funny with his peers or with his older aunts and uncles and be comfortable with either group. He has a sincere love for family and friends.

We started this correspondence by telling you we love our nephew.  We love him a lot.  He is a good man.


Craig and Monica Schwegman

February 7, 2018

Jamesview Apartments
Patrick D. Angelo

Dear Judge,

I am writing this letter on behalf of Patrick D. Angelo. I am a property manager were Patrick lived for almost a year. I can tell you that Patrick was a wonderful, caring, kind person. We became friends and would have very nice talks occasionally. He is very loyal and committed to his family. He would speak about them often. He was so excited when his sister had her second child that he flew to Houston Texas to see her and the new family.

Patrick also dedicated himself to his work. Traveling through out CNY to visit patients that needed oxygen tanks and spend time with each of them making sure they had everything they needed.

He was a perfect tenant is regards to paying his rent on time,(he was not late once), to keeping his apartment clean, and being so friendly to a lot of the tenants that lived around him. He would always stop to have a conversation with other tenants. He is a  very caring and loving person. I don't know what else I can tell you, except to say that I know he did something very stupid and it was a bad judgment call, however I can personally say he is not malicious in anyway and I know he regrets ever making the call. I know it's not an excuse and he did make a mistake, but I know he is a very genuine person and doesn't have a hateful heart at all.

I know he has to pay for the consequences of his actions, but I sincerely hope you take into consideration all the attributes

I just mentioned about Patrick and his remorse about his actions. I would absolutely, with out a doubt, rent another apartment to Patrick today. He is a very thoughtful and intelligent young man.

I appreciate you taking the time to read my letter and take it into consideration all the wonderful things I mentioned about Patrick.

If you have any questions, I would be more that happy to discuss Patrick with you personally. Thanks for your time your Honor.

Sincerely,

Paul Salce
Property Manager: Jamesview Apartments
315/876/3911
psalce4@hotmail.com

Wendra & James Trowbridge
260 White Springs Road
Geneva, NY 14456

February 5, 2018


Dear Judge,

The purpose of this letter is to support the character of Patrick D. Angelo.
My name is Wendra Trowbridge and I am the Director of Music at St. Peter's Church
and Director of Choirs for St. Peter's Community Arts Academy in Geneva NY. My
husband, James Trowbridge, is a volunteer that has helped out with the SPCAA choir
program over the years.

My husband and I have known Patrick since 1998 when he was 8 years old.
He was a member of the St. Peter's Community Arts Academy Choir program for ten
years.  During those 10 years we watched Patrick grow from a shy little boy into a
confident young man.

As a chorister, he was always polite, respectful and kind to others. He was
enthusiastic in his participation and earned his way to a solo opportunity during his
Senior year.

In 2007, his final year of the SPCAA choir program, he participated in a tour of Great
Britain with the choir.  My husband and I spent 10 days with Patrick singing and
traveling across England and Scotland.  He was responsible, friendly to his host
families and willing to help out when needed.  He had several close friends on the
tour that he spent a lot of time with and always seemed to be happy.

During his involvement with the St. Peter's Community Choirs, he volunteered to
help on several occasions such as fund-raisers and distributing marketing materials
for the program.

Our experiences with Patrick have always been very positive.  We believe that he is
a sincere human being that cares about people and would learn from any mistakes
he has made in the past.


Sincerely,

Wendra L. Trowbridge          James Trowbridge

143 Maxwell Avenue
Geneva NY 14456
February 2, 2018

4 Clinton Square, 3rd Floor
Syracuse, NY 13202

Dear Judge,

I am writing this letter on behalf of Patrick Angelo, my next door neighbor.

I met Patrick as a neighbor in the summer of 2008, almost ten years ago.  Patrick welcomed all of our four children, in particular our two eldest: Jonathan who is Patrick's age and our daughter Susan.  Patrick and Susan overlapped two years at the University at Albany; Susan is two years younger than Patrick. They shared rides between Albany and Geneva on occasion.  Patrick is thoughtful and courteous. He would engage in conversation with us willingly!  I am a retired college professor. I taught at the United States Military Academy at West Point for over 10 years.  It is my experience that young adults shy away from mature adult conversation. Patrick is at ease in meaningful conversation. It is an attribute.  Patrick is has been a wonderful neighbor and friend of our family.

I feel very fortunate to have to Patrick's parents, Teresa and Dennis as neighbors.  I have attempted to keep abreast of all three of their children's comings and goings.  In conversation with them I know Patrick's work at Cheesecake Factory in both Albany and Syracuse culminated in a leadership position as Steward.

Patrick is fortunate to have a grandmother who is still alive.  Lottie is well into her 90s and lives just a couple streets away from us in Geneva. I know Patrick visits her when in Geneva. Also Lottie cooks and bakes and Patrick is very respectful and appreciates the homemade food she loving prepares for him.  Patrick is considerate; he does not overlook what others around him are doing.  The main goal of all the U.S. military academies are to develop leaders of character and offer a path to becoming confident, competent problem solvers. Patrick is reminds me of my former students in this regard.  He just has not had the same opportunity for mentorship to channel his passions. I know he was a History major in college and he reads about leaders from different perspectives. That is the best way to determine what is good leadership as well as poor leadership. I believe the quote attributed to George Santayana, Harvard Professor, "Those who cannot remember the past are condemned to repeat it."  I believe Patrick is an intelligent young man who is hoping to make a positive difference in the world.

I can be reaches at tashwills@gmail.com or 845.446.6659. Do not hesitate to contact me if you have any questions.

Sincerely,


Tasha L. Williams
Lieutenant Colonel (Ret), U.S. Army
Neighbor & Friend